IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CAROLYN JOHNSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO. 1-05-CV-1179 |
| vs. | ) |
| | ) JURY DEMANDED |
| | ) |
| LOWE'S HOME CENTERS, INC. | ) JUDGE: JAMES D. TODD |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, as evidenced by signature of counsel below, have stipulated to the dismissal of this action with prejudice.

Each party will be responsible for their own attorneys' fees and costs.

Dated this 26th day of July, 2006.

Respectfully submitted,

HILL BOREN

_____
Christopher Taylor (BPR #018246)
191 Jefferson Avenue
Memphis, TN 38103
(901) 522-1300
*Attorney for Plaintiff*


BASS, BERRY & SIMS, PLC

_____
Tim K. Garrett (BPR #12083)
Alonda W. McCutcheon (BPR #22350)
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6270
Attorneys for Defendants

6117078.1